SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
JASON NELSON (SBN 215186)
jnelson@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
UTICA MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY, <br><br> Plaintiff. <br><br> vs. <br><br> HAMILTON SUPPLY COMPANY INCORPORATED, a California corporation; <br><br> Defendant. | CASE NO. C 06-07846 SI <br><br> **[PROPOSED]** <br> **CASE MANAGEMENT ORDER** <br><br> Date: March 30, 2007 <br> Time: 2:00 p.m. <br> Judge: Hon. Susan Illston <br> Courtroom: 10 <br><br> Complaint Filed: December 22, 2006 |

Plaintiff Utica Mutual Insurance Company having submitted is Case Management Statement and Declaration of Jason K. Nelson regarding attempts to serve defendant Hamilton Supply Company, the Court having considered the submissions and any additional information provided at the Case Management Conference, and good cause appearing,

IT IS HEREBY ORDERED THAT

1. Plaintiff Utica Mutual Insurance Company may complete service upon defendant Hamilton Supply Company by delivering a copy of the process

|   |   |   |
|---|---|---|
| 1 |  | and a copy of this Order by hand to the California Secretary of State |
| 2 |  | pursuant to Code of Civil Procedure §416.10(d) and Corporations Code |
| 3 |  | §1702(a). |
| 4 | 2. | Plaintiff Utica Mutual Insurance Company may proceed with its subpoena |
| 5 |  | of records from third parties. |
| 6 | 3. | A further Case Management Conference shall be scheduled for |
| 7 |  | June 8, 2007, 2007. |

Dated: _____

*[signature: Susan Illston]*

HON. SUSAN ILLSTON