KEVIN G. McCURDY (SBN 115083)
BRONWEN E. LACEY (SBN 226751)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com

Attorneys for Defendant in Intervention
LIBERTY MUTUAL INSURANCE COMPANY

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UTICA MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

HAMILTON SUPPLY COMPANY INCORPORATED, a California corporation;

Defendant.

CASE NO. 06-07846 SI

**STIPULATION REGARDING SETTING INITIAL CASE MANAGEMENT CONFERENCE**

The parties, through their undersigned counsel, stipulate as follows:

1. The next status conference in this matter shall take place on March 7, 2008 at 2:00 p.m. in Department 10 of the U.S. District Court, Northern District of California, San Francisco Division.

Dated: January 10, 2008

McCURDY & FULLER, LLP

By [signature]
KEVIN G. McCURDY
Attorneys for Defendant in Intervention
LIBERTY MUTUAL INSURANCE COMPANY

Dated: January 9, 2008

CARLSON & MESSER, LLP

By ______________________

CHARLES MESSER
MICHAEL LAVIGNE
Attorneys for Plaintiff
UTICA MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Susan Illston
NORTHERN DISTRICT OF CALIFORNIA

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500