1  Charles R. Messer (SBN 101094)
   CARLSON & MESSER LLP
2  5959 W. Century Boulevard, Suite 1214
   Los Angeles, California 90045
3  Telephone:  (310) 242-2200
   Facsimile:   (310) 242-2222
4  E-mail:      messerc@cmtlaw.com
   Attorneys for Plaintiff
5  UTICA MUTUAL INSURANCE COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 UTICA MUTUAL INSURANCE              )  CASE NO. CV-06-07846 SI
   COMPANY,                            )
12                                     )  SUBSTITUTION OF ATTORNEYS;
                Plaintiff,             )  ORDER
13                                     )
        vs.                            )
14                                     )
   HAMILTON SUPPLY COMPANY             )
15 INCORPORATED, a California          )
   Corporation,                        )
16                                     )
                Defendant.             )
17                                     )

18

19 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

20     PLEASE TAKE NOTICE THAT plaintiff UTICA MUTUAL INSURANCE COMPANY

21 hereby replaces and substitutes its former counsel (Gordon & Rees LLP) with new counsel Charles

22 R. Messer of Carlson & Messer LLP, 5959 West Century Boulevard, Suite 1214, Los Angeles,

23 California 90045; (310) 242-2200.

24 Gordon & Rees LLP hereby consents to this substitution:

25 DATED: September 7, 2007        GORDON & REES LLP

26
                                   By _____
27                                    Sara M. Thorpe
                                      Jason Nelson
28                                    Attorneys for Plaintiff UTICA MUTUAL
                                      INSURANCE COMPANY

05657.00/137144              Substitution of Attorneys; Order

1 | Carlson & Messer LLP hereby consents to this substitution:

2 | DATED: September 7, 2007                CARLSON & MESSER LLP

3
4 | By _____
    Charles R. Messer
5 | Attorneys for Plaintiff UTICA MUTUAL
    INSURANCE COMPANY

6 | Plaintiff Utica Mutual Insurance Company hereby consents to this substitution:

7 | DATED: September 11, 2007

8
9 | By _____
    Daniel Hammond
10 | UTICA MUTUAL INSURANCE COMPANY

11 | IT IS SO ORDERED:

12 | DATED: September ___, 2007

13
14 | By _____
    The Honorable Susan Illston
    Judge of the United States District Court
15 | Northern District of California
    San Francisco Division

16
17
18
19
20
21
22
23
24
25
26
27
28

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05657.00/137144                Substitution of Attorneys; Order

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On September 11, 2007, I served the within documents:

**Substitution of Attoreys; Order**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

> Joseph Konis, Agent for Service of Process
> For Hamilton Supply Company, Inc.
> 2397 Roscomare Road
> Los Angeles, CA 90077

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 11, 2007, at San Francisco, California.

_____
Debbie McKee

CASE NO. C 06-07846 SI

**SUBSTITUTION OF ATTORNEYS; ORDER**