| UTICA MUTUAL INS CO, | No. C 06-07846 SI |
|---|---|
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| HAMILTON SUPPLY CO, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 6, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 17, 2008.

DESIGNATION OF EXPERTS: 9/12/08; REBUTTAL: 9/26/08.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 3, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by October 3, 2008;

Opp. Due October 17, 2008; Reply Due October 24, 2008;

and set for hearing no later than November 7, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 2, 2008 at 3:30 PM.

COURT TRIAL DATE: December 15, 2008 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall meet and confer re: selection of an ADR process by March 23, 2008.
The ADR process shall be completed by June 6, 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge