GARY R. SELVIN [Bar No.: 112030]
E-mail: gselvin@selvinwraith.com
PATRICK M. QUIGLEY [Bar No.: 148448]
E-mail: pquigley@selvinwraith.com
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, California 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976

Attorneys for Plaintiff/Cross-Defendant,
UTICA MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>HAMILTON SUPPLY COMPANY INCORPORATED, a California corporation,<br><br>Defendant. | CASE NO.: CV-06-07846 SI<br><br>REQUEST FOR TELEPHONIC APPEARANCE<br><br>XXXXXXXX [PROPOSED ORDER]<br><br>Date: August 22, 2008<br>Time: 10:00 AM<br>Dept: Courtroom F, 15th Floor<br><br>Chief Magistrate Judge James Larson |
| AND ALL RELATED CROSS ACTIONS. | |

Plaintiff Utica Mutual Insurance Company hereby requests that its company representative be permitted to appear by telephone at the Settlement Conference scheduled for August 22, 2008 at 10:00 a.m. Utica Mutual Insurance Company has no offices in California and the company representative is located in Utica, New York. The company representative originally planned to appear in person at the Settlement Conference, but now cannot make the trip. Plaintiff's counsel has spoken with counsel for Defendant-in-Intervention, Liberty Mutual Insurance Company, and they agreed that our client could appear by telephone. Utica and Liberty have already begun settlement

negotiations and plaintiff is committed to participating in good faith in the Settlement Conference.

DATED: August 21, 2008

SELVIN WRAITH HALMAN LLP

By:____________________________
PATRICK M. QUIGLEY
Attorneys for Plaintiff/Cross-Defendant, UTICA MUTUAL INSURANCE COMPANY

**ORDER**

IT IS HEREBY ORDERED that Utica Mutual Insurance Company's company representative may appear by telephone at the Settlement Conference scheduled for August 22, 2008 at 10:00 a.m. in Courtroom F of the United States District Court for the Northern District of California.

DATED: August 22, 2008

____________________________
JAMES LARSON
Chief Magistrate Judge, United States District Court, Northern District of California