Gary R. Selvin, State Bar No.: 112030
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976
E-mail: gselvin@selvinwraith.com

Attorneys for Plaintiff and Counter Defendant
UTICA Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON SUPPLY COMPANY INCORPORATED, a California corporation,<br><br>Defendant;<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant-in-Intervention, | CASE NO.: 3:06-cv-07846-SI<br><br>UTICA MUTUAL INSURANCE COMPANY'S AND LIBERTY MUTUAL INSURANCE COMPANY'S STIPULATION TO STAY ACTION<br><br>Complaint Filed: December 22, 2006<br>Trial Date: December 15, 2008<br><br>Assigned For All Purposes: Hon. Susan Illston<br><br>Referred to Chief Magistrate Judge James Larson for Settlement. |
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Counter Claimant,<br><br>v.<br><br>UTICA MUTUAL INSURANCE COMPANY, ET AL.,<br><br>Counter Defendant. | |

Plaintiff and Counter Defendant UTICA MUTUAL INSURANCE COMPANY and Defendant-in-Intervention and Counter Claimant LIBERTY MUTUAL INSURANCE COMPANY, by and through their attorneys of record:

---

1

UTICA'S AND LIBERTY'S STIPULATION TO STAY ACTION & [PROPOSED] ORDER
CASE NO.: 3:06-cv-07846-SI

Whereas UTICA MUTUAL INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY each issued comprehensive general liability insurance policies to HAMILTON SUPPLY COMPANY; and

Whereas various plaintiffs have filed lawsuits against HAMILTON SUPPLY COMPANY for injuries sustained as a result of exposure to asbestos; and

Whereas UTICA MUTUAL and LIBERTY MUTUAL have been defending HAMILTON SUPPLY under a cost sharing agreement with other insurers; and

Whereas UTICA MUTUAL filed this action against HAMILTON SUPPLY seeking reformation and declaratory relief; and

Whereas UTICA MUTUAL asserted that HAMILTON SUPPLY had misrepresented its asbestos exposures when it sought to purchase the policy from UTICA MUTUAL; and

Whereas UTICA MUTUAL asserted that HAMILTON SUPPLY failed to cooperate in the defense of the various asbestos lawsuits filed against it; and

Whereas HAMILTON SUPPLY did not file a responsive pleading, but LIBERTY MUTUAL intervened in the lawsuit and filed a counterclaim; and

Whereas all of the underlying asbestos cases have settled except one, and

Whereas the parties believe it would be in the interest of justice and in the interest of judicial economy to stay this action, to avoid the expense and time of discovery and litigation, and to enable the parties to determine whether the issues

raised in the underlying lawsuit are of sufficient magnitude and gravity as to merit the continued litigation this lawsuit;

Therefore, UTICA MUTUAL and LIBERTY MUTUAL hereby stipulate as follows:

1. Effective upon execution of this stipulation, and subject to the Court issuing an order granting the terms of the stipulation, the parties agree to stay this lawsuit for 180 days;

2. The parties agree to continue trial to date mutually convenient to the Court and themselves, in or around July 2009;

Dated: Oct. 2, 2008

SELVIN WRAITH HALMAN LLP

By: _____
Gary R. Selvin
Attorney for Plaintiff and Counter Defendant
UTICA Mutual Insurance Company

Dated: 9-29-08

McCURDY & FULLER LLP

By: _____
Mr. Kevin G. McCurdy
Bronwen Lacey
Attorneys for Defendant-in-Intervention
Liberty Mutual Insurance Company

| | |
|---|---|
| 1<br>2<br>3<br>4 | Gary R. Selvin, State Bar No.: 112030<br>SELVIN WRAITH HALMAN LLP<br>505 14th Street, Suite 1200<br>Oakland, CA 94612<br>Telephone: (510) 874-1811<br>Facsimile: (510) 465-8976<br>E-mail: gselvin@selvinwraith.com |
| 5<br>6 | Attorneys for Plaintiff and Counter Defendant<br>UTICA Mutual Insurance Company |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

DIVISION

| | | |
|---|---|---|
| 11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19 | UTICA MUTUAL INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>HAMILTON SUPPLY COMPANY INCORPORATED, a California corporation,<br><br>          Defendant;<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>          Defendant-in-Intervention, | CASE NO.: 3:06-cv-07846-SI<br><br>[PROPOSED] ORDER GRANTING UTICA MUTUAL INSURANCE COMPANY'S AND LIBERTY MUTUAL INSURANCE COMPANY'S STIPULATION TO STAY ACTION<br><br>Complaint Filed: December 22, 2006<br>Trial Date: December 15, 2008<br><br>Assigned For All Purposes: Hon. Susan Illston<br><br>Referred to Chief Magistrate Judge James Larson for Settlement. |
| 20<br>21<br>22<br>23<br>24<br>25 | LIBERTY MUTUAL INSURANCE COMPANY,<br><br>          Counter Claimant,<br><br>     v.<br><br>UTICA MUTUAL INSURANCE COMPANY, ET AL.,<br><br>          Counter Defendant. | |

26    Based on the parties UTICA MUTUAL INSURANCE COMPANY'S and

27 LIBERTY MUTUAL INSURANCE COMPANY'S Stipulation to Stay Action;

28

---

1

**UTICA'S AND LIBERTY'S STIPULATION TO STAY ACTION & [PROPOSED] ORDER**
**CASE NO.: 3:06-cv-07846-SI**

1     IT IS SO ORDERED. This action is stayed until April 1, 2009. Trial is
2 continued to July _6_, 2009. The Court sets a status conference for April _17_, 2009.
3 at 2:30 p.m. The pretrial conference shall occur on June 23, 2009 at 3:30 p.m.
4 Dated:

                                  _____
                                  Judge Susan Illston
                                  United States District Court Judge

56028

| Re: | UTICA Mutual Insurance v. Hamilton Supply Company, Inc. |
|---|---|
| Court: | Northern District of California - San Francisco |
| Action No. | 3:06-CV-07846-SI |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On October 2, 2008, I served the following document(s):

**UTICA MUTUAL INSURANCE COMPANY'S AND LIBERTY MUTUAL INSURANCE COMPANY'S STIPULATION TO STAY ACTION;**

**[PROPOSED] ORDER GRANTING UTICA MUTUAL INSURANCE COMPANY'S AND LIBERTY MUTUAL INSURANCE COMPANY'S STIPULATION TO STAY ACTION**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. Kevin G. McCurdy<br>McCurdy & Fuller LLP<br>1080 Marsh Road, Suite 110<br>Menlo Park, CA 94025-1022<br>Telephone No.:   (650) 618-3500<br>Fax No.:              (650) 618-3599<br>Email:  kevin.mccurdy@mccurdylawyers.com | Attorneys for Defendant-in-Intervention:<br>Liberty Mutual Insurance Company |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  October 2, 2008

                                                 /s/ Marisa Shelby
                                            Marisa D. Shelby