1 | Gary R. Selvin, State Bar No.: 112030
2 | SELVIN WRAITH HALMAN LLP
  | 505 14th Street, Suite 1200
  | Oakland, CA 94612
3 | Telephone: (510) 874-1811
  | Facsimile: (510) 465-8976
4 | E-mail: gselvin@selvinwraith.com

5 | Attorneys for Plaintiff and Counter Defendant
  | UTICA Mutual Insurance Company
6 |
7 |
8 | IN THE UNITED STATES DISTRICT COURT
9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO
10 | DIVISION

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY, | CASE NO.: 3:06-cv-07846-SI |
| Plaintiff, | [PROPOSED] ORDER GRANTING UTICA MUTUAL INSURANCE COMPANY'S AND LIBERTY MUTUAL INSURANCE COMPANY'S STIPULATION TO STAY ACTION |
| v. | |
| HAMILTON SUPPLY COMPANY INCORPORATED, a California corporation, | Complaint Filed: December 22, 2006<br>Trial Date: December 15, 2008 |
| Defendant; | Assigned For All Purposes: Hon. Susan Illston |
| LIBERTY MUTUAL INSURANCE COMPANY, | Referred to Chief Magistrate Judge James Larson for Settlement. |
| Defendant-in-Intervention, | |
| LIBERTY MUTUAL INSURANCE COMPANY, | |
| Counter Claimant, | |
| v. | |
| UTICA MUTUAL INSURANCE COMPANY, ET AL., | |
| Counter Defendant. | |

**DENIED**
*Judge Susan Illston* (signed)

26 | Based on the parties UTICA MUTUAL INSURANCE COMPANY'S and
27 | LIBERTY MUTUAL INSURANCE COMPANY'S Stipulation to Stay Action;
28 |

---
1
UTICA'S AND LIBERTY'S STIPULATION TO STAY ACTION & [PROPOSED] ORDER
CASE NO.: 3:06-cv-07846-SI

| | |
|---|---|
| 1 | IT IS SO ORDERED. All currently pending dates in this matter are vacated. |
| 2 | This action is stayed until November 2, 2009. The Court sets a status conference for |
| 3 | December ___, 2009. A trial date will be set at the status conference. |
| 4 | Any party may move the Court to lift the stay prior to November 2, 2009 based |
| 5 | on changed circumstances in the underlying lawsuits or changed circumstances in the |
| 6 | cost sharing agreement among Hamilton Supply's insurers. |

Dated: _____

Judge Susan Illston
United States District Court Judge

62675.doc