1  Gary R. Selvin, State Bar No.: 112030
   SELVIN WRAITH HALMAN LLP
2  505 14th Street, Suite 1200
   Oakland, CA 94612
3  Telephone:   (510) 874-1811
   Facsimile:    (510) 465-8976
4  E-mail:  gselvin@selvinwraith.com

5  Attorneys for Plaintiff and Counter Defendant
   UTICA Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>HAMILTON SUPPLY COMPANY INCORPORATED, a California corporation,<br><br>　　　　Defendant;<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendant-in-Intervention, | CASE NO.: 3:06-cv-07846-SI<br><br>**[PROPOSED] ORDER DISMISSING UTICA MUTUAL INSURANCE COMPANY'S COMPLAINT AND LIBERTY MUTUAL INSURANCE COMPANY'S COUNTERCLAIM**<br><br>Complaint Filed:  December 22, 2006<br><br>Assigned For All Purposes:  Hon. Susan Illston |
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Counter Claimant,<br><br>　　　　v.<br><br>UTICA MUTUAL INSURANCE COMPANY, ET AL.,<br><br>　　　　Counter Defendant. | Referred to Chief Magistrate Judge James Larson for Settlement.<br><br>Trial Date: December 15, 2008 |

　　　Based on UTICA MUTUAL INSURANCE COMPANY'S and LIBERTY MUTUAL

INSURANCE COMPANY'S STIPULATION:

　　　IT IS HEREBY ORDERED that the complaint of UTICA MUTUAL INSURANCE

COMPANY and the counterclaim in intervention of LIBERTY MUTUAL INSURANCE

1

**[PROPOSED] ORDER**　　　　　　　　　　　　　　　　　　　　　　**CASE NO.: 3:06-cv-07846-SI**

| | |
|---|---|
| 1 | COMPANY are dismissed without prejudice with each party to bear its own costs and attorney's fees. |
| 2 | |
| 3 | |
| 4 | Dated: _____ |
| 5 | Judge Susan Illston<br>United States District Court Judge |
| 6 | |
| 7 | 50513.doc |